## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF LOUISIANA

IN RE: CHRIS CARL BUCHHOLTZ                     CASE NO.: 18-10739

**DEBTOR**                                                             **CHAPTER 13**

### EX PARTE MOTION TO CONTINUE HEARING ON PLAN CONFIRMATION

NOW INTO COURT through undersigned counsel comes the debtor, who respectfully represents to the Court as follows:

1.

The debtor filed a voluntary petition under Chapter 13 of Title 11 of the United States Code.

2.

The confirmation hearing in this case is currently scheduled on the Court's docket for Monday, October 10, 2018, at 9:00 a.m.  This is the initial confirmation hearing in this case. It has not been previously continued.

3.

The debtor requests that hearing on the confirmation of the chapter 13 plan be continued until Wednesday, October 31, 2018, at 9:00 a.m., so that he can be current on his post-petition mortgage payments and address issues raised by the trustee.

4.

The trustee has indicated that she has no objection to continuance of the confirmation hearing in this case to Wednesday, October 31, 2018, at 9:00 a.m.

5.

Counsel for the debtor has contacted the following objecting creditors who have indicated that they have no objection to the continuance: There are no pending objections.

WHEREFORE, debtor prays that this Motion be granted and that the hearing on the confirmation of the chapter 13 plan be continued from Monday, October 10, 2018, at 9:00 a.m. until Wednesday, October 31, 2018, at 9:00 a.m.

Respectfully Submitted:

**GRAND LAW FIRM, LLC**

/s/ Trenton A. Grand
Trenton A. Grand (21624)
10537 Kentshire Court, Suite A
Baton Rouge, Louisiana 70810
Telephone: (225) 769-1414
Facsimile: (225) 769-2300
Attorney for the Debtor