# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF LOUISIANA

IN RE: CHRIS CARL BUCHHOLTZ          CASE NO.: 18-10739

**DEBTOR**                                      **CHAPTER 13**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the previously filed Ex Parte Motion to Continue Hearing on Plan Confirmation has been served upon the parties entitled to notice by email or ECF system as follows:

Annette C. Crawford, Chapter 13 Trustee
crawfordtrustee@annettecrawford.com

U.S. Trustee
ustp.region05@usdoj.gov

Baton Rouge, Louisiana, this October 5, 2018.

/s/Steve Peters
Steve Peters, Legal Assistant