UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHRIS CARL BUCHHOLTZ | CASE NO. 18-10739 |
| DEBTOR | CHAPTER 13 |

ORDER

Considering the debtor's Ex Parte Motion to Continue Hearing on Plan Confirmation, the consent of the trustee, the record of the case and applicable law;

IT IS ORDERED that the confirmation hearing set for Monday, October 10, 2018, at 9:00 a.m. is continued to Wednesday, October 31, 2018, at 9:00 a.m.

Baton Rouge, Louisiana, October 5, 2018.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE

In re:                                                              Case No. 18-10739-ddd
Chris Carl Buchholtz                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 053N-3     User: jpoc     Page 1 of 1     Date Rcvd: Oct 05, 2018
                    Form ID: pdf801     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2018.
db          +Chris Carl Buchholtz,    32551 Cedar Ct,    Denham Springs, LA 70706-2901
cr          +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd,
           Charlotte, NC 28217-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2018 at the address(es) listed below:
         Annette C. Crawford    crawfordtrustee@annettecrawford.com
         Herschel C. Adcock, Jr.    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
           bknotices@hca.law, tslaton@hcadcockjr.com
         Sandra Denise Guidry    on behalf of Debtor Chris Carl Buchholtz sguidry@panditlaw.com
         Trenton A. Grand    on behalf of Debtor Chris Carl Buchholtz bankruptcy@grandlawfirm.com,
           grandlawbk@gmail.com;R42034@notify.bestcase.com
         U.S. Trustee    ustp.region05@usdoj.gov
                                                                                                        TOTAL: 5