## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF LOUISIANA

IN RE: CHRIS CARL BUCHHOLTZ                    CASE NO.: 18-10739

       DEBTOR                                              CHAPTER 13

### EX PARTE MOTION TO CONTINUE HEARING ON PLAN CONFIRMATION

NOW INTO COURT through undersigned counsel comes the debtor, who respectfully represents to the Court as follows:

1.

The debtor filed a voluntary petition under Chapter 13 of Title 11 of the United States Code.

2.

The confirmation hearing in this case is currently scheduled on the Court's docket for Monday, October 31, 2018, at 9:00 a.m. This is **not** the initial confirmation hearing in this case. It has been previously continued from 10/10/18 to 10/31/18.

3.

The debtor requests that hearing on the confirmation of the chapter 13 plan be continued until Wednesday, November 14, 2018, at 9:00 a.m., so that he can resolve issues raised by the trustee and make changes to the plan.

4.

The trustee has indicated that she has no objection to continuance of the confirmation hearing in this case to Wednesday, November 14, 2018, at 9:00 a.m.

5.

Counsel for the debtor has contacted the following objecting creditors who have indicated that they have no objection to the continuance: There are no pending objections.

WHEREFORE, debtor prays that this Motion be granted and that the hearing on the confirmation of the chapter 13 plan be continued from Wednesday, October 31, 2018, at 9:00 a.m. until Wednesday, November 14, 2018, at 9:00 a.m.

Respectfully Submitted:

**GRAND LAW FIRM, LLC**

/s/ Trenton A. Grand
Trenton A. Grand (21624)
10537 Kentshire Court, Suite A
Baton Rouge, Louisiana 70810
Telephone: (225) 769-1414
Facsimile: (225) 769-2300
Attorney for the Debtor